UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

  Plaintiff,

               Criminal No. 14-mj-30499

v.

D-2  Raphael Appollo Robinson,
D-3  Devante Dayzon Evans,

  Defendants.

## MOTION AND BRIEF FOR LEAVE TO
## DISMISS COMPLAINT WITHOUT PREJUDICE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America hereby moves for leave to dismiss without prejudice the complaint against *Defendants* Raphael Apollo Robinson and Devante Dayzon Evans.  In this case, the government needs additional time

1) to develop and obtain evidence sufficient to establish defendants' guilt beyond a reasonable doubt;

2) to investigate the full extent of the offenses in question and identify all other individuals who should be held criminally responsible for the offenses; or

3) to decide whether criminal prosecution of defendants for the offenses in question is in the public interest.

*See generally United States v. Lovasco*, 431 U.S. 783,790-96 (1977); 18 U.S.C. § 3161(d)(1).  The government's ability to prosecute this case properly would be substantially impaired were it required to proceed to indictment or information within the 30-day period prescribed by the Speedy Trial Act, *see* 18 U.S.C. §§ 3161(b), 3161(h).  Accordingly, the government requests leave to dismiss the complaint without prejudice.

    Respectfully submitted,

    BARBARA L. McQUADE
    United States Attorney

    *s/Carl Gilmer-Hill*
    Assistant United States Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI  48226
    Carl.Gilmer-Hill@usdoj.gov
    (313) 226-9585
    Bar#CA161939

Dated:  November 7, 2014

CERTIFICATE OF SERVICE

I hereby certify that on Friday, November 07, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Mark J. Kriger - mkriger@sbcglobal.net**

**Maria Mannarino – mmannarino@comcast.net**

I further certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Enter N/A or non-ECF party

> *s/Carl D. Gilmer-Hill*
> Assistant United States Attorney
> 211 W. Fort Street, Suite 2001
> Detroit, MI  48226
> Carl.Gilmer-Hill@usdoj.gov
> (313) 226-9585